WARREN P. NEWCOMB, as Executor of H. VICTOR NEW-
COMB, Deceased, Respondent, *v.* JEANNE LA ROE,
Appellant.

Reported below, 160 App. Div. 819.
(Argued September 28, 1914; decided October 6, 1914.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered May 14, 1914, modifying and
affirming as modified a judgment in favor of defendant,
entered upon a decision of the court on trial at Special
Term in an action to construe the will of H. Victor New-
comb, deceased.

The motion was made upon the ground that the Court
of Appeals had no jurisdiction to entertain the appeal, no
question of law being involved.

*D-Cady Herrick* for motion.

*Nelson L. Robinson* opposed.

Motion denied, with ten dollars costs.